AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Terry Velardita | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-866 |
| v. | |
| Jo Anne Barnhart, Commissioner of Social Security | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion for judgment on the pleadings is granted, Plaintiff's motion for judgment on the pleadings is denied and this case is closed.

| | |
|---|---|
| Date: March 28, 2006 | RODNEY C. EARLY, |
| | CLERK |
| | |
| | By:   s/Deborah M. Zeeb |
| | Deputy Clerk |